**Electronically Filed
Supreme Court
SCWC-22-0000071
08-SEP-2025
07:57 AM
Dkt. 22 ODAC**

SCWC-22-0000071

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GREEN ENERGY TEAM LLC,
Petitioner/Claimant-Appellee,

vs.

KAUA'I ISLAND UTILITY COOPERATIVE,
Respondent/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000071; CASE NO. 1CSP-21-0000261)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins and Ginoza, JJ.,
Circuit Judge DeWeese, in place of Recktenwald, C.J., recused,
and Circuit Judge Hamman, in place of Devens, J., recused.)

Petitioner Green Energy Team LLC's Application for

Writ of Certiorari, filed on July 17, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, September 8, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Wendy M. DeWeese

/s/ Kirstin M. Hamman

